**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION**

**In the Matter of:**

| | | |
|---|---|---|
| Cary Clarence Lilly, Jr. | } | **Case No: 19-00033-DSC13** |
| SSN: XXX-XX-0220 | } | |
| Tonja J Lilly | } | |
| SSN: XXX-XX-0045 | } | |
| DEBTOR(S). | } | |

### ORDER DISMISSING CASE

This matter came before the Court on Tuesday, June 18, 2019 11:15 AM, for a hearing on the following:

    1) Confirmation Hearing
    2) RE: Doc #24; Trustee's Objection to Confirmation and Motion to Dismiss Case

Proper notice of the hearing was given and appearances were made by the following:

    Mary Frances Fallaw, staff attorney for the Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    Based on the filings and arguments of counsel, the Objection is sustained, the Trustee's Motion to Dismiss Case is granted and this case is hereby dismissed for failure to make chapter 13 plan payments and for cause. Further, the Trustee is directed to disburse funds on hand, if any, as follows: any unpaid balance of the chapter 13 filing fee to the Clerk, U.S. Bankruptcy Court, and the balance to the Debtor.

Dated: 06/19/2019

                                        /s/ D. SIMS CRAWFORD
                                        D. SIMS CRAWFORD
                                        United States Bankruptcy Judge