# Notice Recipients

**Recipients of Notice of Electronic Filing:**
tr        Bradford W. Caraway        ctmail@ch13bham.com
aty       Lois R. Beasley–Carlisle        carlislelawportal@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Cary Clarence Lilly, Jr.        P.O. Box 157        Dolomite, AL 35061
jdb       Tonja J Lilly        P.O. Box 157        Dolomite, AL 35061
cr        Vanderbilt Mortgage and Finance, Inc.        PO Box 9800        Maryville, TN 37802
9967366   AFS/AmeriFinancial Solutions, LLC.        Po Box 65018        Baltimore MD 21264
9967331   AFS/AmeriFinancial Solutions, LLC.        Po Box 7        Vassar MI 48768
9967369   AT&T Southeast        754 Peachtree Street        Atlanta GA 30308–1206
9967370   ATT U–VERSE        PO BOX 64378        Saint Paul MN 55164
9967332   Ala Gas Co        605 Richard Arrington Blvd. N.        Birmingham AL 35203
9967367   Alabama Power        600 N.18th St.        4S–1135        Birmingham AL 35203
9967333   Alabama Power        PO Box 12465        Birmingham AL 35202–2465
9967368   Alliance Collection Service, Inc        Attn: Bankruptcy        Po Box 49        Tupelo MS 38802
9967334   Alliance Collection Service, Inc        P O Box 49        Tupelo MS 38802
9967335   Archers Storage Buildings, LLC        c/o Nick Garrard        PO Box 13429        Jackson, MS 39236
9967336   Avante        3600 South Gessner        Houston TX 77063
9967371   Avante        3600 South Gessner Road        Ste 225        Houston TX 77063
9967337   Avon        Birmingham AL 35228
9967338   Birmingham Water        Attn: Bankruptcy Dept.        PO Box 830269        Birmingham AL 35283–0269
9972814   Birmingham Water Works        PO BOX 830110        Birmingham, AL 35283–0110
9967372   Brian cloud        3928 Montclair Rd Ste 227        Birmingham AL 35213
9967373   Bright House Network        6429 1st Ave. N        Birmingham AL 35212–1705
9967340   Certegy        P.O. Box 30046        Tampa FL 33630
9967374   Charter Communication        Po Box 3097        Bloomington IL 61702–3097
9967375   Charter Communications        2100 Columbiana Road        Birmingham AL 35216
9967341   Charter Communications        Attn: Cash Mgmt (Bankruptcy)        4670 East Fulton Ste 102        Ada MI 49301
9967376   Circuit Civil Court of Jefferson Co        716 Richard Arr Jr. Blvd N        CV 2018 904855        Birmingham AL 35203
9967342   City Auto        1705 13th Avenue N        Bessemer AL 35020
9967377   Credit Acceptance        25505 West 12 Mile Rd        Suite 3000        Southfield MI 48034
9967343   Credit Acceptance        Po Box 5070        Southfield MI 48086
9967344   Credit Protection Asso        13355 Noel Rd Ste 2100        Dallas TX 75240
9967345   Credit Systems International, Inc        1277 Country Club Ln        Fort Worth TX 76112
9967378   Credit Systems International, Inc        Attn: Bankruptcy        Po Box 1088        Arlington TX 76004
9967346   Darrol Mickle        1238 Co Hwy 10        Blountsville AL 35031
9967347   Dept of Ed / 582 / Nelnet        3015 Parker Rd        Aurora CO 80014
9967379   Dept of Ed / 582 / Nelnet        Attn: Claims        Po Box 82505        Lincoln NE 68501
9967380   District Court of Blount County        DV 2009 902531        220 2nd Ave E Room 208        Oneonta AL 35121
9967348   Diversified Consultants, Inc.        10550 Deerwood Park Blvd        Jacksonville FL 32256
9967381   Diversified Consultants, Inc.        Attn: Bankruptcy        Po Box 551268        Jacksonville FL 32255
9967349   Easy Money        210 B Midfield Street        Birmingham AL 35216
9967350   Enhanced Recovery Co L        8014 Bayberry Rd        Jacksonville FL 32256
9984151   Granite State Management & Resources        obo The US Dept of Education        PO Box 3420        Concord, NH 03302
9967351   IRS        PO Box 21126        Philadelphia PA 19114
9967382   Island Medical        Po Box 77019        Cleveland OH 44194
9967352   Jefferson Co Sewer Service        716 Richard Arrington Jr Blvd N #80        Birmingham AL 35203–0100
9967353   Jefferson Co Tax Collector        Rm 160 Courthouse        716 Rich. Arr. Jr Blvd N        Birmingham AL 35203
9967383   Medical Revenue Services        PO BOX 1149        Sebring FL 33871
9967384   Medical West        PO Box 2224        Birmingham AL 35246–0027
10016870  NPRTO South–East, LLC        256 West Data Drive        Draper, UT 84020
9967385   Natiowide Recovery Service        Attn: Bankruptcy        Po Box 8005        Cleveland TN 37320
9967354   Natiowide Recovery Service        Po Box 8005        Cleveland TN 37320
9967386   New Hampshire Higher Ed/Granite State Mg        Attn: Bankruptcy        Po Box 2097        Concord NH 03302
9967355   New Hampshire Higher Ed/Granite State Mg        Po Box 3420        Concord NH 03302
9967327   OB Enterprises        1320 Bessemer Road        Birmingham AL 35208
9967387   Pegasus/Troy Reg.        1330 Highway 231 South        Troy AL 36081
9967356   Princeton Baptist Hospital        701 Princeton Avenue SW        Birmingham AL 35211
9967357   Regions        Consumer Collections BH40402b        Birmingham AL 35202–0063
9967358   Regions Bank        250 River Chase Parkway East        Birmingham AL 35244

| | | | |
|---|---|---|---|
| 9967388 | Sprint Bankruptcy | PO Box 172408 | Denver CO 80217–2408 |
| 9967359 | State of Alabama | Dept of Revenue | Legal Division PO Box 320001 | Montgomery AL 36132–0001 |
| 9967389 | Stephanie Dabbs | 116 Bell St | Gardendale AL 35071 |
| 9967328 | Title Max | 7155 Aaron Aronov Drive | Fairfield AL 35064 |
| 10008695 | TitleMax of Alabama, Inc. | 15 Bull street, Suite 200 | Savannah, GA 31401 |
| 9967329 | Tucker Fin | 3302 Mcfarland Blvd E | Tuscaloosa AL 35405 |
| 9967390 | Tucker Motors Finance | 3010 Skyland Blvd East | Tuscaloosa AL 35405 |
| 9967391 | U.S. Department of Education | Ecmc/Bankruptcy | Po Box 16408 | Saint Paul MN 55116 |
| 9967360 | U.S. Department of Education | Po Box 4222 | Iowa City IA 52244 |
| 9967361 | U.S. Dept. of Education | PO Box 105193 | Atlanta GA 30348–5193 |
| 9967362 | UAB Hospital | 619 19th St. S | Birmingham AL 35249 |
| 9967392 | US Dept of Education | Attn: Bankruptcy | Po Box 16448 | Saint Paul MN 55116 |
| 9967363 | US Dept of Education | Po Box 5609 | Greenville TX 75403 |
| 9967364 | Vanderbilt Mortgage | 500 Alcoa Trail | Maryville TN 37804 |
| 9967393 | Vanderbilt Mortgage | Attn: Bankruptcy | Po Box 9800 | Maryville TN 37802 |
| 9985329 | Vanderbilt Mortgage and Finance, Inc. | PO Box 9800 | Maryville, TN 37802 |
| 9967330 | Vanderbilt mortage | Box 9800 | Merryville TN 37802 |
| 9967365 | Waypoint Resource Group | 301 Sundance Pkwy | Round Rock TX 78681 |
| 9967394 | Waypoint Resource Group | Attn: Bankruptcy | Po Box 1081 | San Antonio TX 78294 |
| 9967339 | carrington Mortgage | 1610 E. Saint Andrew Pl | Santa Ana CA 92705 |

TOTAL: 76