# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

In re: CARY CLARENCE LILLY, JR.  
      TONJA J LILLY  
      Debtor(s)

Case No.: 19-00033-DSC13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Bradford W. Caraway, chapter 13 standing trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/03/2019.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 06/19/2019.
6) Number of months from filing or conversion to last payment: 4.
7) Number of months case was pending: 7.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 12,804.92.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $1,882.36 |
| Less amount refunded to debtor: | $1,396.97 |
| **NET RECEIPTS:** | $485.39 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $310.00 |
| Trustee Expenses and Compensation: | $31.11 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $341.11 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALABAMA POWER COMPANY | Unsecured | 2,200.00 | NA | NA | .00 | .00 |
| ALAGASCO | Unsecured | 800.00 | NA | NA | .00 | .00 |
| ALLIANCE COLLECTION SERVICE INC | Unsecured | 1,460.00 | NA | NA | .00 | .00 |
| AMERIFINANCIAL SOLUTION | Unsecured | 50.00 | NA | NA | .00 | .00 |
| AMERIFINANCIAL SOLUTION | Unsecured | 65.00 | NA | NA | .00 | .00 |
| ARCHER STORAGE BUILDING | Unsecured | NA | 6,179.18 | 6,179.18 | .00 | .00 |
| ARCHER STORAGE BUILDING | Unsecured | 4,000.00 | 6,179.18 | 6,179.18 | .00 | .00 |
| AVANTEUSA | Unsecured | 167.00 | NA | NA | .00 | .00 |
| AVANTEUSA | Unsecured | 112.00 | NA | NA | .00 | .00 |
| AVON | Unsecured | 360.00 | NA | NA | .00 | .00 |
| BIRMINGHAM WATER WORKS | Unsecured | 500.00 | 526.37 | 526.37 | .00 | .00 |
| BIRMINGHAM WATER WORKS | Unsecured | NA | 36.78 | 36.78 | .00 | .00 |
| BIRMINGHAM WATER WORKS | Unsecured | NA | 238.21 | 238.21 | .00 | .00 |

0028-1R-EPIE1R-00183688-207214

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

In re: CARY CLARENCE LILLY, JR.  
      TONJA J LILLY  
      Debtor(s)

Case No.: 19-00033-DSC13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| CARRINGTON MORTGAGE SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| CERTEGY | Unsecured | 57.00 | NA | NA | .00 | .00 |
| CHARTER COMMUNICATIONS | Unsecured | 500.00 | NA | NA | .00 | .00 |
| CITY AUTO SALES | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CORPORATION | Unsecured | 18,250.00 | 18,250.20 | 18,250.20 | .00 | .00 |
| CREDIT PROTECTION ASSOCIATION | Unsecured | 579.00 | NA | NA | .00 | .00 |
| CREDIT SYS INTL | Unsecured | 2,066.00 | NA | NA | .00 | .00 |
| DARROL MICKLE | Unsecured | NA | NA | NA | .00 | .00 |
| DEPARTMENT OF EDUCATION | Unsecured | 4,205.00 | 4,230.90 | 4,230.90 | .00 | .00 |
| DEPT ED NELNET | Unsecured | 10,000.00 | NA | NA | .00 | .00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 263.00 | NA | NA | .00 | .00 |
| EASY MONEY | Unsecured | 500.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CORP | Unsecured | 1,195.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CORP | Unsecured | 142.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 2,008.00 | 2,008.00 | 2,008.00 | .00 | .00 |
| JEFFERSON COUNTY SEWER BILLING | Unsecured | 500.00 | NA | NA | .00 | .00 |
| JEFFERSON COUNTY TAX | Unsecured | NA | NA | NA | .00 | .00 |
| NATIONWIDE RECOVERY SERVICE | Unsecured | 45.00 | NA | NA | .00 | .00 |
| NPRTO SOUTH EAST | Unsecured | 373.31 | 373.31 | 373.31 | .00 | .00 |
| NPRTO SOUTH EAST | Unsecured | NA | NA | NA | .00 | .00 |
| OB ENTERPRISES | Secured | 10,398.75 | NA | NA | .00 | .00 |
| PRINCETON BAPTIST MED CTR | Unsecured | 455.03 | NA | NA | .00 | .00 |
| REGIONS BANK | Unsecured | 2,000.00 | NA | NA | .00 | .00 |
| REGIONS BANK | Unsecured | 45.00 | NA | NA | .00 | .00 |
| STATE OF ALABAMA DEPT OF REVENUE | Priority | 220.37 | 220.37 | 220.37 | .00 | .00 |
| STATE OF ALABAMA DEPT OF REVENUE | Unsecured | 2,300.00 | 7.88 | 7.88 | .00 | .00 |
| TITLE MAX OF ALABAMA, INC | Secured | 1,130.47 | 1,130.47 | 1,130.47 | 112.24 | 32.04 |
| TUCKER MOTOR CO | Secured | 3,500.00 | NA | NA | .00 | .00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | 4,719.61 | NA | NA | .00 | .00 |
| UAB | Unsecured | 6,803.82 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 1,252.00 | 1,789.76 | 1,789.76 | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 530.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | NA | NA | NA | .00 | .00 |
| VANDERBILT MORTGAGE | Secured | 60,801.14 | 60,801.14 | 60,801.14 | .00 | .00 |
| VANDERBILT MORTGAGE | Secured | 1,862.55 | 1,862.55 | 1,862.55 | .00 | .00 |
| VANDERBILT MORTGAGE | Unsecured | 60,971.00 | NA | NA | .00 | .00 |
| WAYPOINT RESOURCE | Unsecured | 395.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: CARY CLARENCE LILLY, JR.  
　　　TONJA J LILLY  
　　　　　　Debtor(s)

Case No.: 19-00033-DSC13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WAYPOINT RESOURCE | Unsecured | 822.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 60,801.14 | .00 | .00 |
| Mortgage Arrearage: | 1,862.55 | .00 | .00 |
| Debt Secured by Vehicle: | 1,130.47 | 112.24 | 32.04 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 63,794.16 | 112.24 | 32.04 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 2,228.37 | .00 | .00 |
| **TOTAL PRIORITY:** | 2,228.37 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 37,811.77 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $341.11 |
| Disbursements to Creditors: | $144.28 |
| **TOTAL DISBURSEMENTS:** | $485.39 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/02/2019　　　　By: /s/Bradford W. Caraway  
　　　　　　　　　　　　　　Chapter 13 Standing Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.